JOHN H. CURLEY (State Bar No. 256677)
AT&T SERVICES, INC. - LEGAL DEPARTMENT
2600 Camino Ramon, 2W953
San Ramon, California 94583
Telephone:   (925) 823-9499
Facsimile:   (925) 244-9082
Email:       JC7852@att.com

Attorney for Defendant
ATT/SBC

**E-Filed 11/13/08**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE MALILAY,<br><br>        Plaintiff,<br><br>vs.<br><br>ATT/SBC,<br><br>        Defendant. | Case No. C08-03748 JF<br><br>STIPULATION AND ORDER TO MODIFY THE CASE MANAGEMENT CONFERENCE DATE |

Pursuant to Civil L.R. 7-12, the parties hereby stipulate to modify the scheduled Case Management Conference from 10:30 a.m., Friday, December 19, 2008 to 10:30 a.m., Friday, January 16, 2009. This change, if granted, will not affect the date of any hearing or conference.

IT IS SO STIPULATED:

DATED: November __, 2008

_____
John H. Curley
AT&T SERVICES, INC. -Legal
Attorney for Defendant
PACIFIC BELL TELEPHONE COMPANY

DATED: November __, 2008

_____
FRANK E. MAYO
Attorney for Plaintiff
CHRISTINE MALILAY

1
2   PURSUANT TO STIPULATION SO ORDERED:
3
4   DATED: 11/13/08
5                                              _____
                                                UNITED STATES DISTRICT JUDGE
6   430847
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order re Case Mgmt Conf.                -2-
Case No C 03-05281 RS